

jurors are drawn as regular jurors for the week, the list so drawn from the wheel may be substituted for the venire list authorized by Art. 591, Vernon's Ann.C.C.P. and, in the event such list is exhausted and the jury is not complete, the court may order talesmen to be summoned by the sheriff from which to complete the jury, in the manner provided in Art. 596, Vernon's Ann. C.C.P., which reads as follows:

"Art. 596.  Ordering talesmen

"On failure from any cause to select a jury from those summoned upon the special venire, the court shall order the sheriff to summon any number of men that it may deem advisable, for the formation of the jury."

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is possession of intoxicating liquor for the purpose of sale in a dry area; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.